## ORDER/COVER SHEET

**TO:** Honorable Nathanael M. Cousins  
United States Magistrate Judge

**RE:** JESUS NUNEZ MARTINEZ

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** 5:24-CR-00434-EJD-1

**Date:** 8/13/25

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Gustavo Rangel  (408) 535-5226

U.S. Pretrial Services Officer  TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5, 4th Floor on August 20, 2025 at 1:00 p.m.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding District Court Judge _____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)

  A.  
  B.

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

- [ ] Other Instructions:

_____

_____

*[signature]*  August 13, 2025

**JUDICIAL OFFICER**  **DATE**